UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES F. MILLER, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-260 |
| | ) | |
| HEAD WARDEN BROOKS | ) | |
| BENTON, GEORGIA | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| COASTAL STATE PRISON, | ) | |
| DEPUTY WARDEN GLYNN, | ) | |
| MS. D. HARRIS, and | ) | |
| MS. CYNTHIA RIVERS, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff has filed a motion to dismiss. Doc. 12. As no opposing party has served an answer or motion for summary judgment, plaintiff is entitled to voluntarily dismiss his complaint by providing notice of his intent. Fed. R. Civ. P. 41(a)(1)(A)(i). The Court construes plaintiff's motion as such notice. *See Retic v. United States*, 215 Fed. App'x 962, 964 (11th Cir. 2007) ("Federal courts sometimes will ignore the legal label that a *pro se* litigant attaches to a motion and recharacterize the motion in order to place it within a different legal category." (quoting *Castro v.*

*United States*, 540 U.S. 375, 381 (2003)).  Therefore, the complaint is **DISMISSED without prejudice**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 24th day of March, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA